UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-167-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |
| DAVID SCOTT RUSS | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a 12-hour furlough to the Defendant for purposes of attending his brother's funeral, and for good cause shown, it is hereby ORDERED that the 12-hour furlough is GRANTED.

The Defendant shall be released at 7:00 a.m. to the custody of Tammy Russ and/or Sam Russ on January 11, 2017, from the Franklin County Jail for purposes of attending the funeral at Brown-Wynne Funeral Home, 200 Southeast Maynard Road, Cary, NC 27511 and to attend the visitation to follow. At all times, the Defendant shall remain in the custody of his mother, Tammy Russ, and/or his father Sam Russ. The Defendant shall return to the Franklin County Jail no later than 7:00 p.m. on Wednesday, January 11, 2017.

IT IS SO ORDERED.

This 10 day of January, 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE